BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendant Marshall
SF2003400067

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFFREY M. DANIELS,** | NO. 1:02-CV-5880 AWI SMS P |
| Plaintiff, | **ORDER GRANTING DEFENDANT MARSHALL'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **J. MARSHALL,** | |
| Defendant. | **(Document #69)** |

Defendant's first request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendant's request is granted. Defendant shall have until October 27, 2005 to file a motion for summary judgment.

IT IS SO ORDERED.

**Dated:    October 3, 2005**          /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE

Order Granting Defendant's First Request for EOT to file MSJ
1