1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JEFFREY M. DANIELS,                        CASE NO. 1:02-CV-05880-AWI-SMS-P

10                          Plaintiff,          ORDER GRANTING MOTION FOR
                                              EXTENSION OF TIME, NUNC PRO TUNC TO
11        v.                                  JANUARY 3, 2006

12  J. MARSHALL, et al.,                      (Doc. 76)

13                          Defendants.
                                      /
14

15        Plaintiff Jeffrey M. Daniels ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 20, 2005, Plaintiff

17  filed his second request for an extension of time to file a response to Defendants' motion for

18  summary judgment.  On January 3, 2006, Plaintiff filed his response.

19        Accordingly, Plaintiff's motion for an extension of time, filed December 20, 2005, is

20  HEREBY GRANTED, nunc pro tunc to January 3, 2006.

21

22  IT IS SO ORDERED.

23  **Dated:    February 10, 2006**              /s/ Sandra M. Snyder
    i0d3h8                                    UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1