1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JEFFREY M. DANIELS,                          CASE NO. 1:02-CV-05880-AWI-SMS-P

                    Plaintiff,               ORDER GRANTING IN PART AND
                                             DENYING IN PART PLAINTIFF'S REQUEST

        v.                                   (Doc. 83)

J. MARSHALL, et al.,
                                             ORDER DIRECTING CLERK'S OFFICE TO
                    Defendants.              PROVIDE PLAINTIFF WITH GENERAL
                                             ORDER NO. 284

_____/

        Plaintiff Jeffrey M. Daniels ("plaintiff") is a state prisoner proceeding pro se and in forma

pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 11, 2006, plaintiff filed

a request seeking a copy of the court's "civil justice delay and expense and reduction plan," the Local

Rules, the judges' individual rules, and any forms, leaflets, or other informational materials to help

pro se litigants.

        The Clerk's Office shall be directed to provide plaintiff with General Order Number 285

concerning the Civil Justice Reform Act of 1990.  Copies of the Local Rules are free.  However, if

plaintiff wishes to obtain a copy by mail, he must submit the postage to the court.  In the alternative,

if the prison law library does not have a copy for viewing, plaintiff may request that the law librarian

call the Clerk's Office and request a copy.  There are no standing orders (orders setting forth a

judge's individual rules) applicable to civil rights cases filed by prisoners proceeding pro se.  The

information intended by the court to assist pro se litigants who are incarcerated is set forth in the (1)

Litigant Letter, (2) First Informational Order, (3) Second Informational Order, Motion to Dismiss

1

1    Notice, and Summary Judgment Notice, and (4) Discovery Order/Scheduling Order, all of which

2    were provided to plaintiff in this action.   The court also provides section 1983 and <u>Bivens</u> form

3    complaints and form petitions for writ of habeas corpus free of charge upon request.  There are no

4    other documents, forms, or informational materials available.

5            Accordingly, plaintiff's request is HEREBY GRANTED IN PART AND DENIED IN PART

6    as set forth herein.  The Clerk's Office shall provide plaintiff with a copy of General Order Number

7    284.

8

9    IT IS SO ORDERED.

10   **Dated:    May 5, 2006**                          **/s/ Sandra M. Snyder**
     icido3                                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28