UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>J. MARSHALL, et al.,<br><br>　　　　Defendants. | 1:02-CV-05880 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTION NUNC PRO TUNC TO JUNE 7, 2006<br><br>(DOCUMENT #86) |

On May 26, 2006, plaintiff filed a motion to extend time to file an objection to the Findings and Recommendations filed on May 5, 2006. Inasmuch as plaintiff filed an objection on June 7, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file an objection is GRANTED nunc pro tunc to June 7, 2006.

IT IS SO ORDERED.

**Dated:   June 13, 2006**　　　　　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE