UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>   Plaintiff - Appellant,<br>v.<br><br>J. MARSHALL, Correctional Counselor; et al.,<br><br>   Defendants - Appellees. | No.  06-16498<br>D.C. No.  CV-02-05880-AWI<br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  9-27-06